IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD L. GROSS, | : | Civil Action No. 4:15-CV-2180 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| SHINGLEHOUSE BOROUGH, | : | |
| | : | (Magistrate Judge Schwab) |
| | : | |
| Defendant. | : | |

**ORDER**

July 12, 2016

On May 10, 2016, Magistrate Judge Susan E. Schwab, to whom this matter is jointly assigned, issued a report and recommendation, ECF No. 6, recommending dismissal. The Court adopts the report and recommendation in full without further comment.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Susan E. Schwab's Report and Recommendation is ADOPTED in full. May 10, 2016, ECF No. 6.

2. Plaintiff's complaint is DISMISSED. November 13, 2015, ECF. No. 1.

3. The clerk is directed to close the case file.

BY THE COURT:


 s/ Matthew W. Brann
Matthew W. Brann
United States District Judge